<u>Richard Alexander Murdaugh v. D. Shane Kitchens, CJM, in his official capacity as Interim
Director of the Alvin S. Glenn Detention Center, Richland County Government</u>

# EXHIBIT 1

(ASGDC Inmate Rules)

## ALVIN S. GLENN DETENTION CENTER
## INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

**Alvin S. Glenn Detention Center Mission Statement**

**To provide for the incarceration of adult and juvenile offenders in a fashion that provides for the protection of the public safety, the protection of the institutional safety, and the delivery of a constitutional levels of services of those incarcerated.**

**Situations not covered**

Instructions, procedures, and regulations as set forth in this handbook are not totally encompassing of all situations that may arise.  Please seek the instruction of your unit officer for clarification should questions arise.

**Rights Reserved**

The Facility Administrator reserves the right to modify, suspend or cancel any provision herein in part or entirety, without advance notice, unless prohibited by law.

**Introduction**

The purpose of this handbook is to provide inmates arriving at ASGDC with information regarding the facility, its programs, and the rules and regulations they will encounter during confinement. It is not a specific guide to the detailed policies of the ASGDC. Rather, the material in this handbook will help new inmates more quickly understand what they will be encountering when they enter jail, and hopefully assist them in their initial adjustment to incarceration at ASGDC.

One of our main objectives is to protect your rights.  It is also important that you respect the rights of your fellow inmates and staff members.

Any acts of destruction, damage or vandalism to ASGDC or property within the system, will result in appropriate criminal charges and disciplinary sanction.  Additionally, the money in your commissary account (if you're found guilty of a violation) will be deducted to cover repair/replacement expenses.  See current price list at end of this guidebook.

ASGDC retains the right to change or suspend certain conditions to maintain safety and security.  Your own conduct can be a factor in what freedoms and privileges you are afforded while you are here.

You are encouraged to read this pamphlet in its entirety; it will explain some operations of the jail, programs that may be available to you, your rights/privileges, and responsibilities you have as an inmate.

Any inmate who refuses to consider the rights and needs of others, and as a result, endangers the jail community or its individual members, is subject to legal and disciplinary actions.

This information will be made available during the institution's Admission and Orientation Program and is provided to aid all inmates in understanding the operation and services at the ASGDC.

This handbook is available for checkout at the Officer's Workstation and the officer will retain your inmate ID while you have possession of this handbook.  When you are finished reading, you may return the handbook to the Officer's station in exchange for the return of your ID.  Your commissary

account will be debited in the amount of $4.00 for any noted willful damage or destruction incurred during checkout.
This handbook is also available for review on the inmate's commissary kiosks located within the housing units.

**Management**

ASGDC is managed by Richland County and is designed utilizing the Direct Supervision concept of detention facility management and supervision.  Through these concepts, your environment is structured to provide a positive behavior management system to meet your critical needs and promote individual self-sufficiency and accountability for your actions.  You may be afforded opportunities to improve your skills and attend programs for self-improvement, but it is your responsibility to comply with the regulations of the ASGDC and the directives of staff.  You must strictly adhere to all facility rules and regulations.
All jail rules and staff directions must be obeyed.  The Housing Officers direct and control all housing module activities.  You must conduct yourself in an orderly manner with respect for the rights of other inmates and staff.
Assaults on staff will be swiftly prosecuted.
You may not summon detention officers under pretext of an emergency.
You are to address all officers and staff members with respect and by title.
You are required to obey all orders given by detention staff.
You should consult an officer if you are confused by any rules or regulations.

**Smoking Policy**

The ASGDC is a non-smoking facility. There will be no use of any tobacco products in this facility. Cigarettes and tobacco products are considered contraband and will be confiscated.

**Inmate Rights**

All inmates incarcerated at Alvin S. Glenn Detention Center shall have certain rights relative to the conditions of their confinement. These rights will address access to: court(s), attorney(s), mail, telephone, grievance procedure, search and seizure, disciplinary procedure, racial segregation, medical care, mental health care and religion. ASGDC will prohibit one inmate or group of inmates to be given control or allowed to exert authority over other inmates.

**Booking Process**

The Alvin S. Glenn Detention Center will ensure all arrestees brought into custody are processed through the booking system in an efficient and timely manner.  The booking process will ensure proper information is retained and inmates are identified accurately.  Prior to an inmate being accepted into the facility, staff will determine the legal commitment of the inmate and whether there is an immediate need for medical attention.

The admission/booking process for inmates received into the ASGDC will include searching, fingerprinting, recording of personal data and information, verification of criminal history, identification number, photographing, medical screening, initial classification, pre-trial services, the inventory and storage of

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

the inmate's personal property, and DNA sampling where required.

As of January 20th, 2014, this facility will collect DNA samples from newly arriving inmates as required by SC Statute § 23-3-620 When DNA samples required:

(A) Following a lawful custodial arrest, the service of a courtesy summons, or a direct indictment for:

(1) A felony offense or an offense that is punishable by a sentence of five years or more; or

(2) three misdemeanors - eavesdropping, peeping tom, or stalking, any of which are committed in this State, a person, *except for any juvenile*, arrested or ordered by a court must provide a saliva or tissue sample from which DNA may be obtained for inclusion in the State DNA Database.

With this law, ASGDC must collect a DNA sample from any arrestee brought in for under any felony, eavesdropping, peeping tom, stalking, or any offense that is punishable by a sentence of five years or more.

Inmate orientation will be held after inmates are arraigned. All inmates will be arraigned within twenty-four (24) hours of arrival. Inmates that are not required to attend arraignment will be orientated within twenty four (24) hours of arrival. During orientation Classification Staff will gather the most recent and accurate personal information, emergency contacts, criminal charges and history, gang/group affiliations and obvious needs for special housing.

ASDGC will ensure that each inmate is provided with an orientation to the facility prior to being placed in permanent housing. Inmates will receive necessary information during the orientation process concerning facility rules and regulations, violations and sanctions, classification and custody levels, visitation, telephone and mail procedures, grievance procedures, explanation of fees, charges and/or co-payments that may apply while in custody, commissary, inmate programs and services including eligibility requirements, accessing medical care, and personal hygiene. The Classification Department will ensure that all non-English speaking inmates are provided assistance through interpreters.

Information will also be provided to inmates about sexual abuse/assault including:
Prevention/intervention;
Self-protection;
Reporting sexual abuse or assault; and
Treatment and counseling.

Additional information on the Prison Rape Elimination Act (PREA) is included within this guidebook.

## Headcount

At least six (6) headcounts will be performed daily. They will be conducted at the beginning of each shift and at the end of each
shift. They will also be conducted at breakfast, lunch, and supper.

You are to be present during each headcount. You are not allowed to be absent during these times.

You will be fully clothed in a complete jail uniform for all counts.

NO TALKING during any headcount/roll call or during pod orientation. **ANY INTERFERENCE** with headcount procedures is a serious institutional offense and is strictly forbidden.

Informal headcounts will be conducted as deemed necessary by the jail staff.

## Personal Cleanliness

The ASGDC maintains **High Standards** of cleanliness. Bathing is required at least every day (more often if you so desire) while in this jail. Showers are available each day during out of cell activities until one hour before lockdown, except during feeding and lockdown times.
If you refuse to bathe at least daily and as required, you will be placed in a Disciplinary Detention on lockdown status until you comply.
Hair care services are available for purchase through the commissary. Your commissary account will be debited for the cost of the haircut. Inmates are allowed freedom in personal grooming except when a valid security interest justifies otherwise. Haircuts are performed in the Housing Unit. Inmates must sign a haircut request form. There are no refunds on haircuts once requested, including refusals. Equipment for trimming your nails is available for use upon request, using an inmate request form.

## Razors

**ANY issued razor that is unaccounted for/missing/not turned in at the end of razor pass will trigger an automatic and complete lock down of the entire housing unit regardless of the circumstances surrounding the missing razor. The affected housing unit will remain on lockdown by order of the Director and with all privileges suspended until which time the ASGDC Director lifts the lockdown.**

## MRSA/ Methicillin-resistant Staphylococcus aureus

Staph aureus, often referred to simply as "staph" are bacteria commonly carried on the skin or in the nose of healthy people. Sometimes this staph can cause infection and is the most common cause of skin infections. Some staph bacteria, however, can cause serious infections. Treatment of these types of infections has become more difficult because staph bacteria have become resistant to various antibiotics including commonly used penicillin-related antibiotics. These resistant bacteria are called methicillin-resistant staphylococcus aureus or MRSA.
Staph bacteria can cause different kinds of illness including skin infections, bone infections, pneumonia, bloodstream infections and others. Since MRSA is a staph bacteria, it can cause the same kinds of infection as staph in general; however, MRSA occurs more commonly among persons in hospitals and healthcare facilities. MRSA has also been seen in places where there are close living quarters such as jails and prisons, and even in the general community.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

Most MRSA infections will start as a pimple or boil. Staph bacteria and MRSA are treatable with antibiotics. Most skin infections can be treated without antibiotics by draining the sore.

Staph bacteria and MRSA can be spread from one person to another by touching areas that have been in contact with the bacteria. Staph and MRSA are not spread through the air.

**How can inmates protect themselves from MRSA?**

Wash hands frequently and anytime something wet is touched.
Use soap and water when washing hands and a clean towel or paper towel that can be thrown away.

Do not let another inmate borrow your soap or your towel.
Wash towels, linens, and clothes according to the facility laundry schedule.
Hang wet towels and wash cloths out to dry each time they are used.
Shower frequently.  Keep all areas as clean as possible.
See the nurse for any unusual wounds, boils or pimples that do not heal.  If the doctor orders antibiotics, take all the prescribed
medication.  Keep open wounds covered and change bandages frequently.

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding personal hygiene.**

**Inmate's Social Responsibilities**

Cleaning materials are made available after meals and at other designated times during the day and evening.
Inmate Workers will follow all safety rules and regulations.

Inmate Workers handling cleaning chemicals and/or other materials will wear eye protection and/or gloves, if necessary.

Inmate Workers entering the janitorial closet for cleaning supplies will be supervised.

Inmate Workers utilizing cleaning supplies and chemicals will be supervised during clean-up by assigned officer.
Cell inspections will be performed daily by the Housing Officers.
You are required to clean your cell, living area, dayroom and showers as assigned.
You must sweep and mop daily as assigned.
You must clean sinks and toilets daily as assigned.
There is to be NO WRITING, MARKINGS, OR SURFACE SCRATCHES ON THE WALLS.  You WILL be charged for damages (vandalism).
There will be no pictures, posters, calendars or charts attached to the walls, ceilings, doors, toilets, or light fixtures.
Inmates are not permitted to affix any item to a building fixture.
No light fixture or air vent will be covered up or blocked in any fashion.
Facility wide wake-up is conducted at 5:00 am.  All beds are to be made by 5:30 for shift change and your bunk/cell cleaned to prepare for breakfast.  Beds will be made using two (2) sheets over the mattress covered by one (1) blanket.  All

corners are to be tucked under the mattress.  The mattress is to be laid flat, not rolled up on the end to form a pillow.
Inmates requiring transportation to court are awakened at 3:00 a.m.

Inmates are permitted to return to their cells/bunks after morning inspection.  If you wish to lie down on your bunk, you are allowed to get under the covers.  Anytime you leave your bunk, the bed must be made.
Blankets and/or sheets will not be laid on the floor and used as a rug, nor will they be laid on the table and used as a tablecloth.
Nothing is to be stored under the mattress.
You are limited to three (3) books and three (3) magazines and you may retain twenty (20) pieces of personal mail.
Newspapers more than two (2) days old will be discarded.
Any items beyond these amounts will be considered contraband and
discarded by the staff.  The exception to these limits are the Bible or Koran, religious and legal material.
Magazines, newspapers or other materials will not be folded or rolled up to be used as tables or dust/draft prevention.

All basic property issues and commissary purchases must be stored in your property bin under the bed.
Once commissary food items have been opened, they must be consumed in one sitting and in the dayroom.  Commissary food items may not be taken back to or stored in your room/bunk/property container once they have been opened.
Inmates that are assigned to bottom tiers bunks are not allowed on the second tier of any module unless they have a stated
purpose or have been granted permission by the Housing Officer.
You are not permitted to enter any cell or room other than your own for any reason.  Such conduct is considered an infraction and disciplinary actions may follow.
You are not permitted to cross the red lines on the floor surrounding the officer's station.  Even if you are speaking directly with the officer who may be located at the podium, you are to remain behind the red lines.
All inmates are to secure doors in their rooms upon exiting when attending programs and/or participating in dayroom activities.
Facility wide nightly lockdown occurs at 11:00 pm.  Lights out at this time. There will be no loud talking, whistling or singing in the cells/units.
Throwing objects, using profanity and any other disorderly practices are not permitted.
Horseplay/roughhousing is strictly prohibited.

**Cell Inspection and Common Areas**

Cells and common areas will be kept clean by everyone.
Each inmate is responsible for his/her own cell area surrounding the housing unit.  If housing areas are found cluttered or unclean, all privileges may be revoked.  The dayroom, showers, and
lavatory area will remain neat and clean at all times.  This will be the responsibility of all inmates using the facilities.

Everyday your room will be inspected by the Housing Officer.
Officers will specifically check for the following during cleanliness inspections:
A. Trash in common and cell areas;

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

B. Writing or drawing on the walls;
C. Damaged or defaced cells or equipment;
D. Pictures taped, pasted or attached to walls;
E. Blankets or bedding on the table or floor;
F. Floors unswept or unmopped;
G. Dirty showers;
H.  Dirty toilets;
I. Contraband.

Internal windows and doors must be kept free of obstructions or other obstacles which may block direct line of sight into rooms.  **AT NO TIME** will offenders be permitted to cover their cell

and/or door window(s) with paper, towel, sheet, tissue paper, or any other item while toileting or for any other reason. Housing Unit Officers **will** instruct offenders to remove articles from windows which may be obstructing view into the room.

### Searches and Inspections

ASGDC provides twenty-four (24) hour supervision of inmates by trained detention personnel. Inmate searches/inspections/counts will be conducted at various times throughout each shift in which cooperation of all inmates is expected.

Searches and inspections of inmates, cells, living area, property, etc. are conducted at any time for health, safety or security reasons.

Staff will search your living area to locate contraband on a regular basis.  Your property and living area will be left in the same general condition as it was found.  Inspections are conducted at random.
We conduct Command Inspections weekly.

### Detention Facility Property

Detention Facility property will not be altered or destroyed. You may be prosecuted for destruction of jail property and/or ordered to make restitution under SC Code of Laws § 4-17-70. All items provided by the Detention Center are to be returned by you in the same condition received.
Altering or damaging county property is a violation of facility rules and the cost of the damage will be levied against the violator.  All vandalism reports will be turned over to RCSD for investigation and will be prosecuted.

### Laundry

A laundry schedule will be posted in all housing areas that will inform inmates of the days each housing unit will exchange laundry.  The Housing Unit will be placed on lockdown during this time.  You are required to account for and exchange two sheets, one towel, one facecloth, or one two-piece inmate uniform.
Inmates are responsible for the possession and condition of their issued linens and clothing.

Linen/Uniforms are not to be turned in damaged, knotted, tied, or with markings.  Any lost or damaged linen will be charged to your inmate account.
Laundry bags will be stored in the area behind your property bin.

Personal laundry may be washed in the unit and placed out to dry between 9:00 pm and 5:00 am.

### Dress

You will wear the issued jail uniform, which consists of one (1) shirt and one (1) pair of pants.

Anytime you are out of your cell or bunk area, you are to be fully clothed in the jail uniform with your t-shirt tucked inside your pants.  Exception: You may take your uniform top off while on the recreation yard provided you have on a white t-shirt.

Pants are to be worn at the ankle and not rolled up.  Pants will be worn at the natural waist – "Sagging" is not permitted. Sleeves will not be rolled up.
You are permitted to have three (3) sets of underclothes, excluding the ones you are wearing.  This includes t-shirts, socks, and underwear.  All under clothing must be white in color.
Headgear such as skull caps, "do rags," or head rags are not permitted.
You are provided a pair of shower shoes when admitted into the jail.  You must wear footwear at all times. You are to be fully clothed at meal times.

### Identification Cards

You will be issued a facility ID card.  You must keep this ID card on your person at all times.
Privileges may be denied and/or suspended without proper identification.  You will be asked to present your ID card for activities such as med pass, roll call, razor issue, programs, mail call, commissary issue, etc.  The initial issue is at no cost to you.
However, in the event of loss of theft, replacement cards will be issued to you and you will be charged $5.00 each time.  All ID cards must be turned back in to the facility upon your release.

### Meals

At meal times, after obtaining your tray and drink, you are to be seated at a table.  No one is allowed back to the food cart to return their tray until everyone has received a tray.
Extra trays will not be ordered or given out.
All uneaten food is to be placed back on the food cart.
Under no circumstances will food from facility meal trays be stored in your living area.  You will be required to eat or drink whatever is provided to you or return it on the tray.
Special diets will be provided for verified religious and medical reasons but must be requested through the medical staff (if medical) or the Chaplain (if religious).

Offenders are not permitted to exchange food with other offenders, nor give, trade, and/or gamble away their food tray or food.  Meal times are monitored and the exchange, sharing, giving away, trading, stealing of food items is strictly forbidden. If detainees are observed participating in food exchange, theft, trading, etc., that they are subject to the revocation of privileges as follows:

➢     First Offense: lose all privileges* for one (1) week
➢     Second Offense: lose all privileges* for two (2) weeks
➢     Third Offense: lose all privileges* for three (3) weeks

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

*Privileges are considered Visitation, Commissary, Telephone, and Email communications

## Outdoor Recreation

Outdoor recreation may be limited or cancelled during periods of extreme weather conditions and/or climate.

In the summer months, a combination of high temperatures and high humidity can cause extreme heat which can result in heat related illnesses and severe medical emergencies.

Hot Weather tips for your health:
- Drink plenty of water
- Stay hydrated at all times
- Stay indoors
- Limit sun exposure time
- Know the signs of heat stress

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding heat stress.**

## Inmate Property

Any commissary items left at the jail must be claimed within seven (7) days or it will be disposed of as the detention center sees fit. All other property left at the jail must be claimed within thirty (30) days of your release or it will be considered abandoned and disposed of as the detention center sees fit.

You may pick up canteen/property items 8 am-4 pm Monday through Friday only.
While incarcerated, any items seized as contraband during shakedowns, cell inspection, etc. will be discarded as contraband.
You are not allowed to possess or keep excess, unauthorized items. No open commissary food items and/or food items from your meal tray will be stored in your property. If you are sent to the Disciplinary Detention Special Management Unit, all of your belongings will be stored with the exception of food items. Food items will be destroyed and not stored or returned. The items you are allowed to retain will be inventoried by a detention officer.

**Please Note:** Effective January 18, 2013, the South Carolina Department of Corrections is no longer accepting property for storage of those inmates transferred from ASGDC to SCDC for service of a state sentence. This includes cell phones, valuables, and jewelry.

This same rule continues to hold true for those being transferred from the facility and into federal custody.

Please see SCDC Memorandum **Personal Property of Intake Inmates** as well as the **Prisoner Personal Property Notice** from U.S. Department of Justice located in the back of this handbook for further details regarding allowable property.

## Gang Activity

Gang activity of any kind is prohibited. The "flashing" of gang signs, wearing of any gang colors or dress styles, use of graffiti and gang alphabets and/or any other gang related activity is considered a violation and will result in disciplinary action.

ASGDC has an active Security Threat Group (STG) activities monitor that observes, tracks, and documents all gang activities and gang affiliations.

## Forensic Blood Samples

Forensic blood samples delivered with an arrestee at the time of booking shall be admitted into the inmate's personal property and the ASGDC will provide for secure, temporary refrigerated storage for the sample until which time the inmate is released and the sample is returned, the sample is released to a person of the inmate's choosing, the sample has exceeded the retention period and is destroyed in accordance with ASGDC policy, or the sample is abandoned and is destroyed in accordance with ASGDC policy.

Forensic blood samples will only be stored at the facility for seven (7) days regardless of the offender's case status. ASGDC will not hold blood samples for other agencies or individuals beyond this retention period. Agencies or individuals seeking longer-term storage of samples must make their own arrangements for storage, entirely separate from ASGDC, and will need to make contact with an ASGDC representative expressing their plans to make longer-term storage arrangements before the ASGDC retention period ends.

Offenders with forensic blood samples stored as part of their personal property will need to make arrangements for a visitor to pick up their sample from the facility within seven (7) days of their incarceration or the sample will be destroyed.

Proper authorization and written release is required prior to the release of any sample or specimen.

## Medical

All inmates receive a medical screening upon arrival in Intake. The interviewing nurse collects information concerning current health status and conducts a brief physical evaluation.
Medical care is available twenty-four hours daily.
Sick Call will be conducted on a daily basis. To be seen on Sick Call, you must complete an "Inmate Medical Request Form" and place it in the medical box. You will be seen the following day at Sick Call by a qualified medical representative.
If you fail to complete the "Inmate Medical Request Form" or miss Sick Call for any reason, you must wait until the next scheduled Sick Call day.
The following charges are deducted from your inmate account for each medical service: Sick Call visit - $5.00; Doctor's visit - $5.00; Dentist's visit - $5.00; First time prescription handling fee - $5.00; and Hospital visit - $5.00.
Outside medical care, such as private doctors must be approved by jail staff. You are responsible for the costs of such visits and the costs of being transported to the doctor's office.
It is the policy of the ASGDC to provide the health maintenance services and continuity of care to incarcerated female offenders that are unique to women. These services shall be accessible to all female inmates.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

## Medication Rounds

Medical staff will dispense medication as prescribed by a jail physician. The Housing Unit will be placed on lockdown upon notification of Medical's intent to distribute medications in that Housing Unit. All inmates must be on lockdown upon arrival of the dispensing nurse. You are responsible for arriving on time when called for medication, line up single file, fully dressed, and wait for your medication. Bring a cup of water with you and show the nurse your ID card when requested. Swallow your
medication in front of the medical staff, and then show them that it has been swallowed.
Medical staff will not take any more than 5 inmates at a time at the medication cart.

## Pregnant Inmates
Female inmates will have access to pregnancy management services.

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding Medical and charges.**

## Telephones

ASGDC will provide inmates access to reasonably priced public telephone services in order to maintain essential community and legal contacts. At the time of booking, you are afforded two (2) complete telephone calls to notify persons of your admissions to custody.

All calls from the housing modules are collect calls and are subject to recording and monitoring. Phones calls are automatically terminated after ten (10) minutes.

Telephones will be turned off five (5) minutes before lockdown, during meals, med pass and shift change.

If you make any phone calls to another person that is considered to be harassing, you may be prosecuted and/or placed in Disciplinary Detention and your phone privileges revoked.

Attempting three-way calls will disconnect you and the parties involved.

Inmates are strictly prohibited from giving out their inmate number and/or telephone personal pin number for the purpose of allowing another inmate to make phone calls on their account. You will have your telephone privileges suspended if you are found in violation.

## Visitation

You are allowed one (1) sixty (60) minute visit per week. You may have two (2) visitors per week. Anyone under the age of 17 is considered a child. Children ages sixteen (16) to two (2) years of age are counted as one visitor. Only those children two (2) years of age and under are not counted as a visitor and may accompany an adult visitor to the visitation booth. All adult visitors must have valid state/government-issued picture identification, such as driver's license, military i.d., state i.d., or passport.

A visitation schedule will be posted in the Housing Unit. Anyone who comes to visit is subject to search by jail staff. Certain restrictions may apply to those who may visit. Nothing is allowed in the visitation area. Cell phones are not permitted during visitation.
The Detention Center is a tobacco-free environment. Smoking materials, including flame-producing devices, are considered contraband.
Visitors may be removed for violation of jail rules and regulations.
Proper attire will be worn by all visitors. No short-shorts, see-through tops or halters, etc. Provocative or clothing that is offensive to others is not permitted.
Public transportation can be found in the form of COMET Central Midlands Transit (city bus), taxi, limo, and rental car services. All cost will be the responsibility of the individual, family member(s) or friends and not of the ASGDC.

Inmates are also offered the opportunity to visit remotely via the Smart Kiosks and according to the visitation schedule posted in the Housing Unit. You may be permitted one remote visit per week, in addition to your one hour facility visit.

Fees associated with remote video visitation will be $5.00 for 15 minutes/1 per week. Please speak with your Housing Unit Officer to schedule a 15 minute time slot for remote visitation.

If you make email communications to another person that is considered to be harassing, you may be prosecuted and/or placed in Disciplinary Detention and your email correspondence privileges revoked.

As with the telephone, three-way email communications are also prohibited.

## Games

All games are to be played at tables located in the day room. Games are to be played quietly. No slapping cards, checkers, etc. on the tables. No loud talking, laughter, or yelling across the unit/pod will be permitted. All games must be purchased from the Detention Center Commissary.
Gambling in any fashion will not be tolerated.

## Mail

ASGDC will allow inmates to correspond feely with persons, agencies, and organizations outside of ASGDC by means of the U.S. Postal Service. Any restricted correspondence will be in accordance with established law and security needs of the facility (see more below). Mail will be picked up/delivered to inmates Monday through Friday except on weekends and holidays. Since ASGDC inmates assume the cost of postage, there is no limit on the amount of letters he/she can send/receive in length, language, content, source of mail, except when there is reasonable belief the limitation is necessary to protect the facility.

All incoming mail must have a return address or it will be returned to the Post Office.
All incoming mail will be inspected for contraband.

Mail from the courts, attorneys, probation/parole officers will be opened by the officer in the presence of the inmate and inspected for contraband.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

There will be no delivery of the mail at the facility from one inmate to another.
You are to write your full name, ID#, and the jail's return address on all outgoing mail.

The ASGDC will accept letters, magazines, newspapers and soft-covered books in their original packaging and directly from the publisher/printer. Any unacceptable packages will be returned to the sender at their expense.
Mail for inmates incarcerated at the ASGDC must be mailed to the following address:

**Your Full Name, Inmate ID Number
Alvin S. Glenn Detention Center
201 John Mark Dial Drive
Columbia, SC  29209**

All personal checks found will be returned to the sender along with any correspondence at your expense.
Only cards, letters, newspapers, magazines and photographs will be received in the inmate mail.
Cards and photographs must not exceed 5"x7" in size.  NO POLAROIDS.
Federal Express deliveries will not be accepted.

For safety and security reasons, several categories of correspondence or publications will be rejected in their entirety and returned to the sender. These categories include but are not limited to:

Photographs that are sexually explicit or contain graphic nudity;
Publications that are sexually explicit or contain graphic nudity;
Mail that contains obscene language or drawings;
Correspondence suggesting affiliation of gangs, depicting gang symbols, or written in code;
Publications expressive of cults;
Correspondence that contains plans for escape;
Mail that contains threats of physical harm against any person or threat of criminal activity;
Publications containing material likely to pose a threat to ASGDC security;
Any illegal reproduction of published material.

**Change of address/Forwarding of mail**:
Inmates may obtain change of address cards from the facility mail room.  These cards should be completed by inmates who are being released or transferred, to notify correspondents of a change in an address.  Any general mail received after 30 days
will be returned to sender.  "Special Mail" will continue to be forwarded for 60 days after the inmate's release or transfer.

Publications and other materials, including correspondence, sent to offenders are prohibited if they contain any of the following:  material is of a nature to encourage sexual behavior which is criminal and/or in violation of facility rules; a personal photo found in incoming mail is contraband merely because it depicts nudity (full or partial) and the incoming mail shall be returned to the sender, if the return address can be determined.

If the return address cannot be determined, the photo shall be disposed of. The detainee shall be notified in writing of the action taken with respect to the personal photo. Any materials of an obscene nature will not be received.

Inmates will also be offered the opportunity to email via the Smart Kiosks and according to the recreation schedule of the Housing Unit.  Fees associated with emails will be $0.50 per message sent.

Please Note: Email correspondence is subject to monitoring.

If you make email communications to another person that is considered to be harassing, you may be prosecuted and/or placed in Disciplinary Detention and your email correspondence privileges revoked.

As with the telephone, three-way email communications are also prohibited.

<u>Inmate Finance</u>

All money for inmates will be deposited in the Inmate's Account.  The Inmate Account Clerk is responsible for maintaining this account.

All money sent to inmates must be mailed to this address:

**Your Full Name, Inmate ID Number
Alvin S. Glenn Detention Center
201 John Mark Dial Drive
Columbia, SC  29209**

Only United States Postal Money Orders will be accepted.  They can be sent through the mail or dropped off in the lobby of the Alvin S. Glenn Detention Center.
A money order must be payable to you and have your DOB and ID# number written on it.  The sender's name and address must also be written on the money order for deposit to your account.
Monetary deposits to your commissary account may also be made by way of the kiosk located in the front lobby.  Visitors may deposit money to your account with cash or credit card.
If you do not get your money upon release from jail, you may pick it up Monday-Friday 8:00 am to 4:00 pm only.
All balances not satisfied through agency collection will be maintained on your permanent facility record.  If recommitted, you will be required to pay any outstanding balances with the facility.

<u>Rules for Commissary</u>

A variety of commissary items are available to you from an independent vendor and are delivered once a week.  You may order commissary by completing the commissary ordering form located on the commissary kiosk within the housing unit.  You may order sixty dollars ($60) worth of commissary items per week.  The costs of the items you ordered will be automatically deducted from your commissary account at the time the order is placed.

Once a commissary order has been placed, it cannot be cancelled.

The Housing unit will be placed on lockdown during commissary distribution.  When your name is called, you may come forward, present your ID card, obtain your items and

## ALVIN S. GLENN DETENTION CENTER
## INMATE RULES ORIENTATION
### Revised April 3, 2020 – Supersedes all other copies

sign the receipt stating that you have received all ordered items.

All commissary items are to be stored in your bin and you may only possess the amount of items that will fit into your issued property container.

ANY AND ALL personal property that does not fit into your personal property storage container will be considered contraband in accordance with ASGDC policy 2C-07 Nuisance Contraband and WILL be disposed of accordingly.

No other inmates will be allowed to sign for your commissary items if you are not present to receive your commissary.  It will be delivered the next business day.

**ALL COMMISSARY ORDERS ARE FINAL.**  No refunds/credits will be given to you when released if you have not yet received your commissary orders.   All inquiries or complaints on the commissary system should be written on the "Inmate Request Form" and given to your Housing Officer.

### Inmate Account Restrictions

Inmates owing the Department money, restitution or by court order will have their account restricted until payment is made. If an inmate's account is restricted, releases from that account or commissary purchases will not be permitted until payment is
made and the account returns to unrestricted status. Deposits to the account will be permitted.

### Inmate Property and/or Money Release (Third Party)

Upon authorization from the inmate *and* Administration, ASGDC will release inmate property and/or money to persons other than the inmate. All property releases will not be completed unless authorized by the Property Supervisor.

### Indigent Funds

Inmates who are indigent (has had no money transactions for a least 15 days) may order a hygiene kit.  This can be done at 15
day intervals there after, provided that no funds have been deposited into the inmate account.
If you have a negative balance on your account and funds are sent in for you, the amount you owe the ASGDC is deducted from the funds sent to you.  The amount remaining may be used by you for commissary, medical, etc.

### Access to Courts and Counsel

ASGDC will ensure inmates have access to the courts and counsel.
Inmates will be assisted in making confidential contacts with attorneys and their representatives. Such contact includes, but is not limited to, telephone communications, uncensored correspondence and visits.
Inmates will have access to the law library and legal materials to facilitate the preparation of documents.
ASGDC will provide, free of charge to any indigent inmate, related materials and services required to prepare a defense or exercise their constitutional rights through State or Federal Courts.

ASGDC will provide notary services to inmates for legal documents through the Inmate Law Library.  Upon request, indigent inmates may receive reasonable amounts of legal supplies, postage and copying services as necessary. Other inmates and indigent inmates who have received supplies, who demonstrate by court order will be permitted copies when their funds are inadequate to pay the expense. However, theinmates account will be charged to reflect a negative balance for the cost of requested materials.

### Law Library

Inmates of the ASGDC are entitled to use the Law Library.
If you are sanctioned in the Special Management Unit, you will not have access to the Law Library until you are released from that unit.  You can access materials through a written request to your Housing Officer.
Your classification status and institutional behavior will be used in determining whether or not you qualify for participation in Programs.   Cost of copying/printing will be $0.25 per page.

### Library

General reading materials are available and furnished by the facility. Inmates are afforded an opportunity to check out books on at least a weekly basis.
Books shall be returned in the same condition.  You may be charged $4.00 (each) for lost or damaged reading materials and/or library books (general reading materials only).
inmates may only check out 2 books at a given time. No more than 3 books or magazines may be kept in the cell/area.

### Contraband

Any items or articles found to be altered or used for a purpose other than what were originally intended will be considered contraband and will be removed and destroyed.  An item, even if approved or issued, is considered contraband.
Any item which details weapons or explosive manufacturing, or gives information which could aid in planning or making an escape or producing any item which could injure another will be considered contraband.
Gang symbols or related items such as drawings, literature, etc. which relates to gangs will be considered contraband.
Any approved items that exceed the allowed amount will be considered contraband.

### Vandalism

Vandalism is a crime.  Anyone observed damaging ASGDC property in any way will be subject to disciplinary sanction B-11 Vandalism as noted under Major Violations.   The offender may also be subject to criminal prosecution under SC State Statute § 4-17-70 *Willful injury to courthouse or jail; It is unlawful for a person to willfully injure or destroy any part of a courthouse or jail in this state or its interior; A person who violated the provisions of this section is guilty of a misdemeanor and, upon conviction, must be fined in the discretion of the court or imprisoned not more than three years.*
All vandalism reports will be turned over to RCSD for investigation and will be prosecuted.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

## Discipline

After you have been advised of the Rules and Regulations of the ASGDC and a copy of this handbook made available to you, a plea of ignorance of these rules will not be accepted as an excuse for violations.

All officers have been directed to report any infraction of the rules and regulations. We strongly encourage informal in-Housing Unit sanctions and immediate resolutions to all inmate discipline issues between Housing Officers and inmates.

Any Housing Officer may, for violation of the jail rules, revoke privileges. Should a disciplinary report be prepared against you, you will receive a copy of the report of any infraction committed by you.

Any Watch Commander may place you in a "Waiting Action Status" in the Special Management Unit.

For serious violations or continued violations, you may be charged criminally in court and/or placed in the Special Management Unit and face a formal disciplinary hearing.

If an infraction requires a hearing, your case will be brought before the Disciplinary Hearing Officer.

You may waive your right to this hearing and start your time immediately. If you wish a formal hearing, you must wait at least 24 hours, but no more than 72 hours. Credit for time spent waiting in the Special Management Unit prior to the formal hearing will be reviewed.

You will be read the misconduct report. After the report has been read, you will be given an opportunity to present any statements on your behalf.

You may appeal any sanction in writing to the Assistant Director.

## Inmate Request Form

If you have a problem or question, you must first contact your Housing Officer. If the Housing Officer cannot answer the question or concern, you are to fill out an "Inmate Request Form." Your first request form will be forwarded to the Housing Officer to be answered as soon as possible.

Please do not submit numerous or repeated inmate request forms after initial request has been answered. This will be considered a violation of jail rules.

## Rules Violations

Offenders are required to follow rules contained in the Inmate Orientation Guidebook. The Rules Violations Schedule outlines prohibited conduct. If an offender does not fully understand the disciplinary rules, the offender should consult a staff member for explanation. The following conduct is prohibited:

1. Violating any ASGDC rule or regulation.
2. Failure to keep one's person or quarters in accordance with ASGDC standards.
3. Counterfeiting, forging, or unauthorized reproduction of any document, article of identification, money, security or official paper.
4. Tampering with or blocking any locking or security device, door, gate or window.
5. Manufacture, possession, introduction, or use of any unauthorized controlled substance, alcoholic beverage, tobacco products, or associated paraphernalia.
6. Misuse of authorized medication, accumulating prescribed medication, giving medication to others.
7. Participating in or encouraging a riot, work stoppage, hostage taking, unauthorized group demonstration, or political action committee.
8. Possession, manufacture or introduction of a gun, firearm, explosive, ammunition, weapon, sharpened instrument, knife or tool.
9. Killing.
10. Attempted suicide or self-mutilation.
11. Engaging in sexual acts with others.
12. Setting a fire.
13. Willfully destroying or damaging ASGDC property or property belonging to another.
14. Unauthorized possession of ASGDC property or property belonging to another.
15. Possession of items, including money currency, not authorized for retention or receipt by the inmate.
16. Giving money or an item of value to or accepting money or anything of value from an ASGDC staff member or volunteer, another inmate, a former inmate, or a member of an inmate's family or friend without authorization.
17. Giving or offering any official or staff member a bribe.
18. Giving or offering any official or staff member any item of service or value.
19. Extortion, blackmail, protection, demanding or receiving money or anything of value in return for protection against others.
20. Violation of any contractual agreement relating to classification placement or community based programs.
21. Wearing or displaying colors or any type of emblem, insignia, or logo suggesting possible membership or affiliation with a gang, group, party or other association that in the opinion of the Director, poses a threat to the security, good order and safety of the facility.
22. Violating any law of the State of South Carolina or the United States.
23. Attempting to commit or aiding another to commit any of the above offenses (aiding an offense) shall be considered the same as commission of the offense itself.
24. Inmates are not permitted to tattoo or pierce the body of themselves or other inmates. Tattooing and body piercing constitutes behavior that carries with it a high risk of HIV infection and will be considered an act of self-mutilation.

## Rules Violations

Severe Violations
1. Assault on Staff
2. Assault on any person
3. Sexual Assault
4. Rioting
5. Abduction
6. Escape
7. Possession of Escape Tools
8. Arson
9. Possession of staff uniform or equipment
10. Possession of a weapon
11. Manufacture/Possession of Intoxicants

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

12. Habitual Violation of Major Rules

Major Violations
1. Fighting
2. Threatening bodily harm to any person
3. Curse and Abuse
4. Sexual Misconduct
5. Disobeying a direct order

6. Interfering with security operations
7. Hiding
8. Extortion
9. Bribery of a staff member
10. Violation of telephone regulations
11. Vandalism
12. Tampering with security or safety equipment
13. Possession of contraband
14. Smoking or possession of smoking materials
15. Possession of an incendiary item or device
16. Smuggling contraband
17. Violation of mail regulations
18. Theft – Stealing or obtaining anything of value by false pretense. Possession of stolen property.
19. Tattooing
20. Violation of alternative sentencing program
21. Refusal
22. Resisting restraints
23. Destruction of inmate ID
24. Intentional clogging of toilet/drains
25. False accusations
26. Repeated or habitual violation of minor rules

Minor Violations
1. Disruptive behavior
2. Indecent exposure
3. Use of obscene language
4. Misuse of jail property
5. Encroachment - Being in an unauthorized or restricted area, unauthorized absence from place of assignment (work area, school program), lingering or failing to
   move when ordered, entering another inmate's cell or occupying another inmate's bed.
6. Unauthorized communication
7. Blocking view
8. Malingering
9. Refusal to work
10. Lying
11. Unsanitary conditions
12. Violation of dress code
13. Possession of money
14. Hoarding
15. Gambling
16. Usury
17. Violation of visiting regulations
18. Manufacture or use of clothes lines or other hanging structures
19. Monopolizing general use and recreation equipment
20. Improper use of intercoms, call boxes or emergency buttons

**Rule Violation Sanctioning Schedule**

The maximum sanction for severe and major violations is fifteen (15) days per violation and no more than sixty (60) days for all violations arising out of one (1) incident.

**Internal Transfers**

You may be transferred within our jail system for security, personal safety, administrative, medical, or classification reasons at any time.

You are not allowed to change room assignments or bunks without officer approval.

**Programs and Services**

We offer a variety of program opportunities designed to help you. Some of the programs available are Health Awareness, Alcoholics Anonymous, Anger Management, Domestic Violence, GED, Life Skills Education and Substance Abuse. You can choose what may assist you in becoming the best person you can become upon your release.

We are here to assist you. Please ask the Housing Officer for an "Inmate Request Form."
Your classification status and institutional behavior will be used in determining whether or not you qualify for participation in Programs.

Any questions on inmate programs (GED classes, AA meetings, NA meetings, group counseling, etc.), should be referred to the Inmate Programs Office.

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding Programs currently being offered.**

**Access to Pre-Trial Services**

The Pre-Trial Coordinator will interview new arrestees for release eligibility and conduct a criminal history background check on all arrestees scheduled to attend First Appearance.

Staff will ensure that this information is presented to the Judge presiding over First Appearance Court.

A listing of area Bonding Agencies will be maintained and provided to all un-sentenced inmates.

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding Bonding Agencies which are licensed to post bonds within Richland County.**

All inmates are allowed to consult with their attorneys or seek outside help in arranging for bail.

Employees may not recommend any specific attorney or bonding agency.

**Work Release and Home Incarceration**

ASGDC will comply with all court orders and adhere to all jurisdictional laws with regards to Work Release and the Home Incarceration Program. Inmates granted pre-trial release on all charges will be considered in the custody of ASGDC until sentence obligations have been completed.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

## Religious Services

Inmates have the opportunity to practice their religion within limits necessary to maintain facility order and security. Each inmate is given the opportunity to participate in religious services and receive religious counseling. Inmates are not required to attend or participate in religious services or discussions.

Religious counseling services are available regularly to promote your spiritual growth and to discuss special spiritual needs. Bibles and Bible lessons are provided through the religious services in the jail. The chaplain coordinates the regular religious services held in the all-purpose rooms on Sunday Mornings by volunteers.  If you wish to see a minister or priest personally, your request will be forwarded to the chaplain to make the necessary arrangements.

The Chaplain will be called in times of crisis, such as serious illness or death in your family.

## Prison Rape Elimination Act (PREA)

You have the right to be safe from sexually abusive behavior. The ASGDC has a zero tolerance policy toward sexual battery or sexual abuse committed while incarcerated.

**Forced or consensual sexual activity between inmates or between inmates and staff is strictly prohibited.  You do not have to tolerate sexually abusive behavior, pressure from another inmate, or pressure from staff, to engage in unwanted sexual behavior.  This is regardless of your age, size, race, ethnicity, gender, or sexual orientation.** No one has the right to pressure you or force you to engage in any sexual act.  Violators will be subject to criminal charges and/or administrative sanctions.

While incarcerated, you should be aware that other inmates who are physically stronger or possess commissary or other personal items may attempt to use their strength or their possessions to gain advantage over other inmates in the form of loans or trade. The indebted inmate, if unable to repay the loan, may become victimized by threats, physical attacks and/or sexually assaulted. **Note: Rules strictly prohibit bartering, trading and gambling.**
It is highly recommended that you avoid talking about sex and casual nudity.
This could be considered as a come on or a gesture that you have an interest in a sexual relationship.
If you are victimized, being threatened or pressured to engage in sexual behaviors, report the behaviors, incident, and/or your concerns to any staff member as soon as possible.

Staff will immediately protect you from the assailant.  In addition, staff will contact medical personnel to arrange for a medical examination and/or counseling.  Because this can be a difficult topic to discuss, some staff are specially trained to help you.

If you perceive an immediate threat, approach any staff member and ask for assistance.  It is his/her job to ensure your safety.  **Do not seek "protection" from other inmates.**

If it is a staff member that is threatening you, immediately report your concerns to a staff member that you trust, or follow procedures for making a confidential report.  ASGDC staff

members are instructed to keep reported information confidential, and to only discuss it with appropriate officials on a need-to-know basis.  This is to help protect you, and is also for law enforcement or investigative purposes.

If you become a victim of sexual assault, it is important that you resist the urge to "clean up" afterward.  It is essential that you see medical staff BEFORE you shower, wash, drink, eat, change clothing, or use the bathroom.

Regardless of whether your assailant is an inmate or a staff member, it is important that you understand that you will never be disciplined or prosecuted for being the victim of a sexual assault.

**Please refer to the Inmate Bulletin Board located within your housing unit for detailed information regarding Sexual Assault/Abuse.**

## Confidentiality

The jail staff will treat any information or statements you give about incidents and/or activities within the jail as official police reports. It is our hope that you participate with the jail staff to make this a safe and orderly environment to live in.

## Grievance Procedures

The Alvin S. Glenn Detention Center supports a grievance system whereby detainees may seek formal review of complaints relative to conditions which directly affect a detainee and is designed to provide detainees with a mechanism by which you may seek formal review of complaints.
This process is made available to all detainees and includes one level of appeal on decisions.
The inmate grievance system is accessible to all detainees regardless of their custody level, classification, disciplinary status, disability, or other administrative action.

Grievance forms must be signed to receive any consideration. Forms that come with multiple signatures in the form of a petition will not be examined.
You should normally receive an answer within 15 days of the grievance being filed. Inmates are encouraged to resolve their grievance informally by discussing it with staff member's involved or other appropriate facility staff.

The facility provides Inmate Grievance forms (paper or electronic) as an acceptable procedure for the settlement of legitimate complaints concerning any incident and/or condition within ASGDC. All legitimate grievances will be examined.
All grievances must be filed within five (5) days of the incident being grieved.
Only one (1) grievance per form. If you have more than one complaint, you will need to fill out a separate grievance form for each complaint.

The grievance must contain a brief statement of the circumstances of the grievance, information about how and when attempts were made to resolve the problem informally, why you (the grievant) believe you are entitled to relief, and a brief statement of the action(s) requested for which relief made be available through the grievance procedure.

## ALVIN S. GLENN DETENTION CENTER
## INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

With the exception of emergency PREA grievances, inmates are required to utilize the informal resolution process concerning disputes or complaints that were not reasonably addressed after submission of a request slip or verbal requests.  Detainees must complete and return grievance forms within **5** days of the alleged incident.

Detainees may receive assistance from other detainees in completing grievance forms.  Grievances are acceptable when listing a single detainee but are not acceptable for multiple named detainees.

**Grievance System Misuse** – Inmates determined to be abusing the inmate grievance procedures by submitting multiple frivolous grievances will be limited to the number of grievances they may submit. Grievances determined to be fictitious and/or frivolous by the Grievance Officer may result in disciplinary sanctions being filed against the grievant. Detainees found to be misusing the grievance system may be subjected to limitation.
Abuse of the grievance system may include, but not be limited to:

- the repeated submission of frivolous grievances
- the repeated submission of grievances about an issue(s) previously addressed by staff members in written responses
- filing of grievances that contain vulgar, indecent, profane, or offensive language
- grievances that are not designed to lead to any practical result

**Grievable vs. Non-Grievable Issues**

Grievable issues include, but are not limited to, the following:
- Actions of a staff member directed towards a detainee (mistreatment)
- Missing or damaged personal property *caused by staff*
- Matters related to medical treatment - *All health-related grievance requests will be answered by Health Care Staff **only**.*
- Dietary food requirements
- Denial of religious requests
- Disciplinary hearing results resulting from not guilty pleas
- Matters relating to the conditions of safety, care and supervision
- Matters relating to inmate programs, activities and services;
- Mistreatment by other detainees - *all Prison Rape Elimination Act (PREA) complaints regarding sexual abuse and sexual violence shall be forwarded **immediately** to any staff person.*

Non-Grievable Issues include, but are not limited to, the following:
- Housing/cubicle/room and/or bed assignments
- Classification decisions
- Denial of inmate worker status
- Situation or request not discussed with area officer
- Time tables for unit or area activities or services
- Matters dealing with the security of facility
- Issues outside the control of the ASGDC
- Court decisions, state, federal, and local laws and regulations

- Disciplinary hearing results (or sanctions imposed) resulting from guilty plea

**Emergency Procedures**

In the event there is an emergency in the jail, you will be informed by staff as to what you are to do.
You will follow orders of the officers and keep calm at all times. In the even the unit must be evacuated, you will take nothing
with you (except your bed blanket in the event of a fire) and follow the officers orders.

**Foreign Nationals**

ASGDC will ensure foreign national inmates have access to diplomatic representation of their country of citizenship. Inmate Programs staff will assist inmates in contacting diplomatic representatives of their country.

**Americans with Disabilities (ADA)/ Hearing Impaired**

ASGDC will prohibit discrimination on the basis of disability in the provision of services, programs and activities. ASGDC will ensure that a consistent high level of service is provided to all inmates, including those who are deaf or hard of hearing.

ASGDC will make every effort to ensure that staff communicate effectively with inmates who are hearing impaired. Various types of communication aids, known as "auxiliary aids" and services will be used to communicate with inmates who are deaf or hard of hearing. These will include, use of gestures or visual aids to supplement oral communication, use of a notepad
and pencil to exchange written notes and use of a qualified oral or sign language interpreter if necessary.

The type of aid that will be required for effective communication will depend on the inmate's usual method of communication, and the nature, importance, and duration of the communication at issue. Inmates with hearing and/or speech disabilities and inmates who wish to communicate with parties who have these disabilities will be provided access to a Telecommunication Device for the Deaf (TDD). Inmates that have a need for the use of the TDD telephone are to submit a request through Inmate Programs which will be coordinated in a timely manner.

**Classification**

**Housing:**  Males and females are housed separately.

Before reassignment from intake and short-term holding, there is an initial classification of the inmate that considers safety and security issues.
All inmates will be screened, as part of the classification orientation, within twenty-four (24) hours of arrival at the facility for potential vulnerabilities or tendencies of acting out with sexually aggressive behaviors.  Inmates identified as a risk for sexual victimization will be assessed by a mental health or other qualified professional.
Respective classification status will fall into security level ranging from minimum to maximum. This classification is

## ALVIN S. GLENN DETENTION CENTER
## INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. These may include physical needs, mental needs, or separation from other inmates. **NOTE:** Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to periodic review; and/other reasons recommended by jail staff.

During classification, the classification officer will give you a brief orientation explaining your classification, and will answer any questions concerning the inmate rules and regulations.

Any questions on the Inmate Guide shall be explained to you so you will know how to conduct yourself, your rights or privileges, and of the programs and services available to you.

The classification officer will classify and assign your living units. The classification officer will periodically review your classification. He/She will receive input from medical services and jail staff when appropriate.

Appeal Process: Any inmate who so desires may appeal his/her classification (in writing) in any of the three basic areas (security level, housing assignment or programs), within ten days of the primary classification or reclassification by addressing the appeal to: JAIL ADMINISTRATOR - APPEAL OF CLASSIFICATION.

**Below are some Richland County offices that may be of value to you during your incarceration:**

**RC Judicial Center – 1701 Main Street, Columbia 29201**
| | |
|---|---|
| **Clerk of Court** | Phone: (803) 576-1950 |
| **Family Court** | Phone: (803) 576-3320 |
| **Solicitor's Office** | Phone: (803) 576-1800 |
| **Pre-Trial Intervention** | Phone: (803) 576-1850 |
| **Public Defender's Office** | Phone: (803) 765-2592 |

**Central Traffic Court – 1400 Huger Street, Columbia 29201**
Phone: (803) 576-2300

### Transfers

Inmates scheduled for departure from this facility to either Kirkland R&E Center, Camille Griffin Graham R&E Center, or the satellite facilities (Lieber or Perry) will need to make arrangements for their family members to pick up property, to include any cell phone, valuables, and jewelry, before departure or to have it otherwise disposed according to the rules of this facility.

Any unauthorized property that arrives with the inmate to one of the above mentioned facilities will be confiscated and donated to charity unless the inmate has the appropriate funds (check or money) with you to cover postage, shipping and handling fees.

Below are listings (male and female) of issued and allowable property for inmates while in Intake status at the Reception and Evaluation Centers as of September 25, 2015:

### MALES AUTHORIZED INMATE PROPERTY WHILE IN INTAKE STATUS AT THE R&E CENTER

Issued property:

| | | |
|---|---|---|
| 1 Jumpsuit | 1 Laundry Bag | 1 Bottle Shampoo |
| 5 Pairs Boxer Shorts | 3 Washcloths | 1 Toothbrush |
| 5 Pairs Socks | 3 Towels | 1 Toothpaste |
| 1 Pair Tennis Shoes | 3 Bars Soap | 1 Razor |
| 1 Pair Shower Shoes | 1 Deodorant | |
| 1 Pencil | 1 Tumbler & Spork | |
| 1 Roll Toilet Tissue | 2 dated envelopes | |
| 16 Sheets of Paper | | |

SCDC OP-22.14 Inmate Disciplinary
SCDC B-17 Inmate Correspondence Privileges Handbook

Allowed – not issued:

| | | |
|---|---|---|
| 10 Personal Letters | 10 Pictures | 1 Watch** |
| 1 Wedding Band* | 1 Personal Bible/Quran | |
| Legal Material | | |

*Wedding bands may not contain any gem/stone.
**Watch retail price not to exceed $35; may not contain any gem/stone.

Dentures, Prosthesis/eyeglasses, if approved by SCDC medical.

You must arrive with allowed items; you will not be permitted to have any items mailed to you.

Upon transfer to your permanent assignment, additional items will made available or can be purchased through SCDC canteen.

Possession of any item not listed above could result in disciplinary charge for possession of contraband (ref SCDC OP-22.03 Authorized Inmate Property and Disposition of Unauthorized Property).

### FEMALES AUTHORIZED INMATE PROPERTY WHILE IN INTAKE STATUS AT THE R&E CENTER

Issued property:

| | | |
|---|---|---|
| 1 Jumpsuit | 1 Laundry Bag | 1 Comb |
| 3 Bottles of Shampoo | 5 Bras | 1 Pencil |
| 5 Panties (pair) | 3 Washcloths | 1 Toothbrush |
| 5 Pairs Socks | 3 Towels | 1 Toothpaste |
| 3 Bars Soap | 3 Deodorant | |
| 2 dated envelopes | 16 Sheets of Paper | |
| 1 Pair Clogs/Tennis Shoes | | |
| 1 Pair Shower Shoes | | |

SCDC OP-22.14 Inmate Disciplinary
SCDC B-17 Inmate Correspondence Handbook

Allowed – not issued:

| | |
|---|---|
| 2 Family Photos | 1 Inexpensive Watch |
| 1 Wedding Band/Set | 1 Personal Bible/Quran |
| Legal Material | |

Prosthesis/eyeglasses, if approved by SCDC medical.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

You must arrive with allowed items; you will not be permitted to have any items mailed to you.

Upon transfer to your permanent assignment, additional items will made available or can be purchased through SCDC canteen.

Possession of any item not listed above could result in disciplinary charge for possession of contraband (ref SCDC OP-22.03 Authorized Inmate Property and Disposition of Unauthorized Property).

United States Marshals Office Property Notice

While in the custody of the US Marshals Service, you will not be allowed to maintain excess property beyond the following listed items:

Legal papers or materials (must be relevant to current federal case)
Prescription eyeglasses or contact lenses with case prescribed by a doctor or medical staff

Prescribed medication or medical items if prescribed by a doctor/medical staff

Wedding Band (no stones)
Clothing
- one shirt (cannot wear one shirt over another)
- one pair of pants
- one pair of shoes (no boots of any kind, no laces )

The detention facility where you will be housed may further restrict the property which you will be allowed to keep.  You have the opportunity to dispose of any or all property by transferring it to your attorney, relative, or ship it to an address of your choice at your expense.  The US Marshals office assumes no responsibility for any property you may have accumulate while incarcerated.

At the conclusion of your case, if you are found guilty or plead guilty, any monies you have in your account at the jail will be mailed to BOP LOCKBOX PROGRAM address at the time of your transfer to the BOP.  The BOP will then disburse the money accordingly.  These monies have to be in form of a check (from the jail), certified money order or postal money order.  The US Marshals Office will not accept any monies in cash for transfer.

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

### NOTICE

The following cost will be deducted from inmate's commissary account for any maliciously damaged, destroyed and/or lost county issued property.

| | | |
|---|---|---|
| 1. | Sheet (1) | $4.08 |
| 2. | Towel | $1.79 |
| 3. | Wash Cloth | $0.50 |
| 4. | Blanket | $7.56 |
| 5. | Shower shoes | $2.99 |
| 6. | Jail pants - navy | $7.97 |
| 7. | Jail shirt - navy | $10.00 |
| 8. | Jail pants - orange | $10.00 |
| 9. | Jail shirt - orange | $6.50 |
| 10. | Jail pants - khaki | $9.00 |
| 11. | Jail shirt - khaki | $8.00 |
| 12. | Jail pants - black/white | $10.00 |
| 13. | Jail shirt - black/white | $6.50 |
| 14. | Navy twill work pants | $15.00 |
| 15. | Property container (lid) | $23.00 |
| 16. | Property container (box) | $33.00 |
| 17. | Property Container (old) | $8.00 |
| 18. | Beverage cup | $0.69 |
| 19. | Laundry bag | $2.25 |
| 20. | Jail coat | $28.50 |
| 21. | Mattress (old) | $35.00 |
| 22. | Mattress (new) | $92.00 |
| 23. | Sprinkler | $33.95 |
| 24. | Leg irons | $27.50 |
| 25. | Handcuffs | $23.50 |
| 26. | Inmate guide | $5.00 |
| 27. | Suicide Mattress | $143.55 |
| 28. | Suicide Blanket | $84.00 |

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

**Bonding Companies licensed to post bonds within Richland County**

**123 I'm Out Bail Bonds**
9300 Two Notch Rd Suite F
Columbia, SC 29223
(803) 600-1961

**123 Saving Grace Bail Bonds**
10120 Two Notch Road, Suite 9
Columbia, SC  29223
(803) 521-9664

**1-King Bail Bonds**
807 Greenlawn Drive
Columbia, SC 29209
(803) 463-3850

**1st & Affordable Bail Bonds**
PO Box 291105
Columbia, SC  29209

**24/7 Bonding Company**
4431 Bluff Rd
Columbia, SC 29209
(803) 695-5333

**24 Hour Insurance LTD. Co**
7356 Garners Ferry Rd Suite 112
Columbia, SC 29209
(803) 783-5917 / (803) 201-2353

**A-1 Bonding Company**
120 John Mark Dial Dr
Columbia, South Carolina 29209
(803) 647-1432 / (803) 695-9400

**A Angel Bail Bonding**
1728 Main St
Columbia, SC 29201
9330 B Two Notch Rd
Columbia, SC 29223
(803) 255-0042

**Able Bail Bonds**
803-397-9678 / 803-386-5087

**A Golden Chance Bonding Co**
3122-A Beltline Blvd
Cola, South Carolina 29204
(803) 779-3793 / (803) 446-8065

**A Plus Bonding Co**
520 Gibson Rd
Lexington, South Carolina 29072
(803) 783-1170 / (803) 957-7577

**AAA All Release Bail Bonds**
PO Box 7288
West Cola, South Carolina 29171
(803) 760-7752

**AAND ONE BAIL BONDING**
4108 Rosewood Dr
Columbia, SC 29205
(803) 661-7234

**ABC Bonding Co., Inc.**
111 John Mark Dial Drive
Columbia, South Carolina 29209
(803) 783-0000 / (803) 252-7770

**AGAPE BAIL BONDING LLC**
5110 BLUFF ROAD
COLUMBIA, S.C. 29209
(803) 851-5552

**Acceptance Bail Bonding**
290 South West Pike Rd
Sumter, SC 29150
(803) 938-8595

**Aces High Bail Bonding Agency, LLC**
(803) 359-3240

**American Surety Company**
1 Law Place
223 E. Main St. Suite 101
Rock Hill, SC  29732
(803) 929-5050

**Apple Bonding Co**
PO Box 361
Sumter, SC 29150
(803) 565-8581 / (803) 226-8554

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

**Badboyz Bail Bonds**
(803) 695-0241 (803) 996-6132

**BAILOUT BAIL BONDS**
5801 N. MAIN ST. SUITE B
COLUMBIA SC 29203
(803) 333-9669

**BOND ME OUT BAIL BONDING**
24 Founders Lake Court
Columbia SC 29229
(803) 201-5837

**Bail Bonds by Al Holcomb**
520 Gibson Rd
Lexington, South Carolina 29072
(803) 783-1170/ (803) 957-7577

**Bari-Bonds Bail Bonds**
1830-A Rosewood Dr.
Columbia, SC 29205
(803) 312-8888 / (803) 520-6694

**Carolina Bonding Company**
100 Flintwood Ct
Columbia, SC  29229
(803) 509-3188

**C&F Bonding Company**
201 Columbia Mall Boulevard, #185
(803) 309-7706/ (803)753-4054
(803) 556-1296

**Convenient Bail Bonding Co**
1100 Bluff Rd Suite 106
Columbia, SC  29201
(803) 600-6279

**E-Z Out Bail Bonds, Inc**
3650-B Bluff Rd
Columbia, SC  29209
(803) 783-0844 / (803) 783-8111

**Freeway Bail Bonding**
1324 King St
Columbia, South Carolina 29205
(803) 569-6115 / (803) 363-8878

**Gene Frye Bail Bonds**
1310 D Ave
West Cola, SC 29169
(803) 926-1122

**Giggie's Bonding Co**
PO Box 16133
Greenville, SC 29606
1-800-321-3627 (toll free) (704)606-3728

**Help Yourself Bail Bond Company**
1200 ½ D Ave.
West Columbia, SC  29619
(803) 537-8002 (Cell) / (803) 537-8418 (Cell)
(803) 708-4673 (Office)

**Jacobs Bail Bonding**
5741 Farrow Rd
Cola, SC 29203
(803) 735-0305

**Lesa's Affordabail Bail Bonding**
4265 Augusta Road
Lexington, South Carolina 29073
(803) 351-9410

**Midwest Bonding Company**
(800) 347-4037

**On Call Bail Bonding**
1721 THORNDYKE RD
COLUMBIA, SC 29204
(803) 931-8898/ (803) 407-8098

**On Call Bail Bonds**
201 Columbia Mall Blvd. #185
(803) 309-7706(c) or (803) 753-4054(o)

**Quick Release Bail Bonds**
2317 Two Notch Rd Suite B103
Columbia, SC 29204
(803) 569-1515

**Palmetto Surety**
(803) 929-5050

**Polk Bonding Co**
201 Columbia Mall Blvd
Columbia, SC 29223

ALVIN S. GLENN DETENTION CENTER
INMATE RULES ORIENTATION
Revised April 3, 2020 – Supersedes all other copies

(803) 931-8898 / (803) 201-5837

**R. Adams Bail Bonds**
(803) 767-5523

**Scott's Bail Bonds**
1812 Augusta Rd
Lexington, SC 29072
(803) 307-1801

**Sinkler Southeast Bonding Co**
3650 Bluff Road
Columbia, South Carolina 29209
(803) 708-2526

**Six Percent Bonding Co**
520 Gibson Rd
Lexington, South Carolina 29072
(803) 783-1170 / (803) 957-7577

**State Capital Bail Bonding**
1708 Main Street
Columbia, SC  29201
(803) 260-3134

**Wise Bail Bonds**
477 Wheeler Road
Camden, SC  29020
(803) 310-8190 / (803)-549-5198