BEFORE THE U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
True Division for Trial: Columbia                              No. 8:22-cv-608-CMC-JDA

Richard Alexander Murdaugh, Plaintiff v. D. Shane Kitchens, Defendant
Marie Assa'ad-Faltas, MD, MPH, *pro se* Proposed Intervenor.

Dr. Assa'ad-Faltas' EMERGENCY MOTION to Intervene OR for Senior U.S. District Judge Currie to Be Assigned a New Case by Dr. Assa'ad-Faltas and to Hear this, her Emergency Application for a TRO as she the Satisfies *Younger* v. *Harris* Exceptions.

Dr. Assa'ad-Faltas has a concrete high risk of re-incarceration in ASGDC next week, God forbid, and of her privacy there being violated by release of her phone calls. Additionally, she had previously tried to challenge the unconstitutional, illegal, **and dangerous,** mixing of males and females in ASGDC.

This case is reassigned to Judge Currie because four other U.S. district judges (DSC) have at least the appearance of conflicting relationships with SC's state court system, SC lawyers, and SC prosecutors. And at least U.S Senior District Judges Anderson and Wooten previously recused themselves from at least one of Dr. Assa'ad-Faltas' cases. **As Judge Childs wrote, the public perception of the integrity of the judiciary,** presumably state and federal, **is at stake. Also at stake is whether the Judiciary treats the publicized cases with the same attention and integrity as others.**

South Carolina's ("SC") Supreme Court ("S Ct") just had SC's Bureau of protective services deliver to Dr. Assa'ad-Faltas' home an ORDER denying even an hour extension for health reasons. Dr. Assa'ad-Faltas prays U.S. Judge Currie to take judicial notice of Dr. Assa'ad-Faltas' recent submissions in 3:92-cv-02786-JFA and 8:20-cv-800-TLW about SC S Ct's recently-instituted (but long-previously-cooked) prosecution of Dr. Assa'ad-Faltas because she rejects Jim Crow revisited on lawful immigrants.

The circumstances of SC Appellate Case 2021-000815 give at least an appearance of SC S Ct involving itself in extortion, which sullies the reputation of the judiciary. Additionally, in the 22 February 2022 *Faretta* hearing held for Dr. Assa'ad-Faltas in that case, SC Associate Justice Few made this *stunning* admission at Tr. p 15, lines 13-17 (previously attached as ECF 109-1 pp 3-24 in 20-cv-800-TLW):

> In fact, you have already raised constitutional issues and you've done it here today. And I just want to make sure you understand that there are *many times when even the judges on this Court don't understand the constitutional issues.*

Dr. Assa'ad-Faltas risks *literal* death from judges admitting they do not understand the constitution taking her to criminal proceedings to harass her and punish her for claiming equal access to all courts.

WHEREFORE, Dr. Assa'ad-Faltas should be allowed to intervene **or this motion should be severed into a new case assigned to Judge Currie for an immediate TRO hearing.**

Respectfully submitted on 15 March 2022 **and served the same day** by e-mail to Mr. Harpootlian and Mr. Lindemann, all God so willing.

[S/] Marie Assa'ad-Faltas, MD, MPH, Petitioner/Plaintiff/Movant *pro se*
P.O. Box 9115, Columbia, SC 29290
Phone: (803) 783-4536          Cell: (330) 232 – 4164
e-mail: Marie_Faltas@hotmail.com and MarieAssaadFaltas@GMail.com

page 1 of 1, exclusive of attachments and of incorporation by reference of the entire record of 3:92-cv-02876-JFA case and of 8:20-cv-800-TLW and the cases underlying the latter and of incorporation by reference of all matter available for judicial notice