22 March 2022

Re: 22-cv-608-CMC
and: 22-cv-923-TLW-SUH

Pages 64 to 74 of ECF 1-1, which were
filed with 22-cv-923-TLW-SUH really
belong with the a motion to sever in 22-cv-608-CMC.

Now, please remove them from 22-cv-923 and
please attach them to today's motion to reconsider
in 22-cv-608-CMC.

Thanks
Marie Assaad-Faltas, MD, MPH

2022 MAR 22 PM 4:15

USDC CLERK, COLUMBIA, SC
RECEIVED