IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh,<br><br>Plaintiff,<br><br>vs.<br><br>Marie Assa'ad-Faltas,<br><br>Movant,<br><br>vs.<br><br>D. Shane Kitchens, CJM In his official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government,<br><br>Defendant. | Civil Action No. 3:22-cv-608-CMC<br><br><br>**ORDER** |

Dr. Marie Ass'ad-Faltas ("Dr. Faltas") has filed a Motion for Reconsideration of Denial of Assignment. ECF No. 34. Dr. Faltas previously filed a motion to intervene in the above-captioned case, in which she also sought assignment of a new case to the undersigned. ECF No. 24. This court denied that motion and entered an Order, explaining in pertinent part that Dr. Faltas "may not bring a new case in this court by asking the court to assign to itself a new case (without a proposed Complaint) in order that she may pursue an Emergency Application for a TRO." ECF No. 28 at 3. Now Dr. Faltas has filed the instant motion for reconsideration and a separate action entirely unrelated to the above-captioned case. See Civil Action No. 3:22-cv-00923-TLW-SVH. This new case was filed and assigned, according to normal procedures, to Judge Wooten and Judge Hodges.

It appears Dr. Faltas no longer wishes to intervene in the above-captioned case, but instead wishes to force the assignment of her new case to the undersigned contrary to normal assignment procedures. Judges do not participate in case assignments and cannot assign cases to themselves on request of a party. The motion for reconsideration of denial of assignment is denied. The court directs any future filings challenging her "improper contempt charges" be made in Case Number 3:22-cv-00923-TLW-SVH.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 23, 2022

2