

**JAMES M. GRIFFIN**

4408 Forest Drive, Suite 300 / PO Box 999 (29202)
Columbia, SC 29206

jgriffinn@griffindavislaw.com
803 744 0800 O | 803 744 0805 F

April 19, 2022

**VIA ECF FILING**
The Honorable Cameron McGowan Currie
U.S. District Court
901 Richland Street
Columbia, SC 29201

      **Re:** **Richard Alexander Murdaugh v. D. Shane Kitchens, et al.**
        **Case No.: 8:22-cv-00608-CMC**

Dear Judge Currie:

  Per your instruction [ECF No. 42], I am writing to inform the Court that Amtel and Customer Service of America have provided documents to Plaintiff in response to the subpoenas issued in the above-referenced matter.

  Additionally, Plaintiff will confer with opposing counsel and submit a proposed date by which the Motion for Preliminary Injunction [ECF No. 7] will be fully briefed.

  With best regards, I am,

        Very truly yours,

        *s/ James M. Griffin*
        James M. Griffin

JMG/jh

cc: Counsel of Record (Via ECF Filing)

GRIFFIN & DAVIS LLC