# Exhibit A

Declaration of Daphne L. Greve in Support of
Plaintiff's Motion for Preliminary Injunction

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, <br><br> Plaintiff, <br><br> v. <br><br> D. SHANE KITCHENS, CJM <br> In his official capacity as Interim Director <br> Alvin S. Glenn Detention Center, Richland <br> County Government, <br><br> Defendant. | Civil Action No. 8:22-cv-00608-JMC-JDA <br><br> **DECLARATION OF DAPHNE L. GREVE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Daphne L. Greve, hereby declare as follows:

1.      I am employed as a paralegal by Griffin Humphries LLC and work under the direct supervision of Badge Humphries, member of Griffin Humphries LLC and Of Counsel to Griffin Davis LLC, counsel for Plaintiff herein.

2.      I have personal knowledge of the matters set forth in this Declaration and if called upon to testify thereto, I could and would competently do so.

3.       On March 30, 2022, Ms. Harmon also served a Subpoena *Duces Tecum* via Certified Mail to AmTel located in St. Mary's, Georgia. A copy of that Subpoena *Duces Tecum* is attached hereto as Exhibit 1.

4.      On March 30, 2022, Jaime Harmon, assistant to James M. Griffin, counsel for Plaintiff, served a Subpoena *Duces Tecum* via Certified Mail to Customer Service of America (CSA) located in St. Mary's, Georgia. A copy of that Subpoena *Duces Tecum* is attached hereto as Exhibit 2.

5. On April 14, 2022, both AmTel and CSA responded to the subpoenas served upon them.

6. Both Amtel and CSA provided separate written responses to the subpoenas and jointly produced call activity logs in Excel format.

7. Amtel's written responses are attached hereto as Exhibit 3.

8. CSA's written responses are attached hereto as Exhibit 4.

9. Amtel and CSA identified the individuals who have been issued log-in credentials along with their agency affiliation in a spreadsheet, which is attached hereto as Exhibit 5.

10. On May 2, 2022, I reviewed the Excel spreadsheet titled, "Activity Log All Users that Listened to calls 1 1 2021 3 14 2022 Request 6.xls," which was jointly produced by Amtel and CSA.

11. I created a copy of that spreadsheet and created separate tabs for each credentialed user who logged in to listen to calls. I then tallied the number of calls that each credentialed user listened to and determined the percentage of the total number of calls that each credentialed user listened to. From that data I created a summary sheet. Attached as Exhibit 6 to this Declaration is the summary worksheet from that data.

12. I also reviewed an Excel spreadsheet titled, "Copy of Activity Log who listened to Richard Murdaugh's calls Request 5.xls," which was jointly produced by Amtel and CSA.

13. In a similar manner, I created a copy of that spreadsheet and created separate tabs for each credentialed user who logged in. I then tallied the number of calls for each credentialed user and determined the percentage of the total number of calls that the credentialed user listened to. From that data I created a summary sheet. Attached as Exhibit 7 to this Declaration is the summary worksheet from that data.

I declare under penalty of perjury under the laws of the State of South Carolina that the statements in this Declaration are true and correct to the best of my knowledge and belief.

Executed this 3rd day of May, 2022.

Daphne L. Greve, Paralegal