# EXHIBIT 3

AmTel Written Response to Subpoena *Duces Tecum*

# AmTel
## CONFINEMENT COMMUNICATIONS

913 Dilworth Street • St. Marys, GA 31558

April 15th, 2022

Subpoena requests for RICHARD ALEXANDER MURDAUGH v. D. Shane Kitchens

1. Contract between AmTel and Alvin S. Glenn Detention center expired 11/6/2019 and has been month to month since expiration.

2. All phone calls are recorded except for privileged calls between an inmate and an attorney. Any other non-recorded calls would have to be requested through us on letterhead.

3. Any employee of AmTel/CSA has access to inmate telephone recordings. Anyone needing access to recordings would have to contact us and need approval through the operations manager to give access to said recordings. If approved, we would create a username and password for them to gain access to the website and listen to recordings for that specific facility only. The login is limited to call history and live monitoring; any other functions are strictly for AmTel/CSA employee use.

4. All documents, records, and logs identifying any individual or agency that accessed inmate's telephone calls at Alvin S. Glenn are in labeled attachments. CSA/AmTel employees have access to such information as well.

5. All documents, records, or logs of any individual or agency that accessed recordings of Richard Alexander Murdaugh's phone calls are listed in labeled attachments.

6. All documents, records, or logs identifying each time an officer, employee, or person on behalf of ASG has accessed a recording of an inmates phone calls since Jan. 1st, 2021 are in labeled attachments.