# EXHIBIT 5

Listing of Individuals and Agency Affiliation titled
"Copy of Alvin S Glen Active Users Request 4.xls"

| User Name | Last Name | First Name | Email | User Status |
|---|---|---|---|---|
| Ace10 | Wesley | William | Wesley.Wiliam@richlandcountysc.g | 1 |
| brichbourg | Richbourg | Brandon | | 1 |
| brownt | Brown | Teraine | brownt@rcgov.us | 1 |
| columbiapd | police | columbia | | 1 |
| csingleton | Singleton | Curtis | csingleton@forestacrespd.net | 1 |
| dafernandez | Fernandez | David | | 1 |
| jmiles | Miles | Jim | | 1 |
| jshaw | Shaw | Jamie | Jshaw@sled.sc.gov | 1 |
| lottb | Lott | Bridgett | bjlott@sled.sc.gov | 1 |
| moyew | Moye | Washava | moyew@rcgov.us | 1 |
| nbryan | Bryan | Nicole | bryann@rcgov.us | 1 |
| rcsdmcu | McDonald | Scott | | 1 |
| richco | County | Richland | | 1 |
| richlandco | County | Richland | | 1 |
| rwaters | Waters | Robert | watersr@rcgov.us | 1 |
| skitchen | Kitchen | Shane | | 1 |

| Agency/Department | Last Login |
|---|---|
| Solicitors Office | 3/11/2022 |
| Camden Police Department | 3/11/2022 |
| Alvin S. Glenn Detention Center | 3/3/2022 |
| CPD | 3/14/2022 |
| FAPD | 3/13/2022 |
| AG Office | 3/14/2022 |
| USC | 3/10/2022 |
| Sled | 12/1/2021 |
| Sled | 11/10/2021 |
| ASGDC | 1/7/2022 |
| Solicitor's Office Columbia | 3/10/2022 |
| RCSD | 1/13/2022 |
| RCSD | 3/14/2022 |
| RCSD | 3/7/2022 |
| ASGDC | 3/14/2022 |
| ASGDC | 2/22/2022 |