# EXHIBIT 6

Summary of Data from Excel Worksheet titled
"Activity Log All Users that Listened to Calls 1 1 2021 3 14
2022 Request 6.xls"

**SUMMARY**
**Activity Log All Users that Listened to calls 1 1 2021 3 14 2022 Request 6**

**Total Calls between Jan. 1, 2021 and March 14, 2022**          16,436

|  | | # Calls | Percent of Total Calls |
|---|---|---|---|
| **ASG ACCESS** | | | |
| RWATERS | | 569 | 0.0346 % |
| SKITCHEN | | 24 | 0.0015 % |
| BROWNT (ASG) | | 36 | 0.0022 % |
| MOYEW | | 2 | 0.0001 % |
| **ASG TOTAL** | | **631** | **0.0384 %** |
| | | | |
| **THIRD PARTY AGENCIES** | | | |
| ACE10 (RC Solicitor Investigator) | | 1,735 | 0.1056 % |
| Brichbourg (Camden PD) | | 134 | 0.0082 % |
| Columbiapd (Columbia PD) | | 3,017 | 0.1836 % |
| Csingleton (Forest Acres PD) | | 14 | 0.0009 % |
| Dafernandez (SCAG) | | 638 | 0.0388 % |
| Jmiles (USC) | | 274 | 0.0167 % |
| Jshaw (SLED) | | 22 | 0.0013 % |
| Lottb (SLED) | | 34 | 0.0021 % |
| Nbryan (Solicitor's Office) | | 920 | 0.0560 % |
| Rcsdmcu (RCSD) | 110 | | |
| Richco (RCSD) | 7879 | | |
| Richlandco (RCSD) | 240 | | |
| Richsd (RCSD) | 30 | | |
| TOTAL RCSD | | 8,259 | 0.5025 % |
| | | | |
| **TOTAL 3RD PARTY AGENCIES** | | **15,047** | **0.9155 %** |
| | | | |
| **OTHER** | | | |
| Bgreen | | 59 | 0.0036 % |
| Chaney | | 49 | 0.0030 % |
| Chowell | | 86 | 0.0052 % |
| Dperez | | 60 | 0.0037 % |
| Esandifer | | 69 | 0.0042 % |
| Greenc | | 32 | 0.0019 % |
| Jessica | | 22 | 0.0013 % |
| Jholtzclaw | | 47 | 0.0029 % |
| Jmonahan | | 3 | 0.0002 % |
| Jpetrie | | 1 | 0.0000 % |
| Llester | | 11 | 0.0007 % |
| Lroberson | | 16 | 0.0010 % |

| | | | |
|---|---|---:|---|
| Mcamino | | 116 | 0.0071 % |
| Mlayland | | 14 | 0.0009 % |
| Mstevens | | 21 | 0.0013 % |
| Ppopa | | 2 | 0.0001 % |
| Sblount22 | | 2 | 0.0001 % |
| Slang | | 71 | 0.0043 % |
| Tackerberg | | 18 | 0.0011 % |
| Tgolden615 | | 34 | 0.0021 % |
| Tgretzinger | | 25 | 0.0015 % |
| | **TOTAL OTHER** | **758** | **0.0461 %** |

| SUMMARY | | |
|---|---:|---|
| Calls accesssed by ASG personnel | 631 | 0.0384 % |
| Calls accessed by Third Party Law Enforcement Agencies | 15,047 | 0.9155 % |
| Calls accessed by someone with unidentified credentials | 758 | 0.0461 % |
| | **16,436** | **1.0000** |