# EXHIBIT 7

Summary of Data from Excel Worksheet titled
"Copy of Activity Log who listened to Richard Murdaugh's
calls Request 5.xls"

**SUMMARY**
**Activity Log who listened to Richard Murdaugh calls Request 5**

**TOTAL CALLS** 417

| USER NAME | # CALLS | % |
|---|---|---|
| ACE10 | 5 | 0.0120 % |
| DAFERNANDEZ | 410 | 0.9832 % |
| NBRYAN | 2 | 0.0048 % |
| | 417 | 1 |