10/31/22, 2:43 PM

2022-000339: Case View

CLERK'S OFFICE
SUPREME COURT
COURT OF APPEALS

South Carolina Appellate Case Management System
C-Track, the browser based CMS for Appellate Courts

Cases
Case Search
Participant Search

🔍 Appellate Case No. ....

**Disclaimer:** The information and documents available here should not be relied upon as an official record of action. Only filed documents can be viewed. Some documents received in a case may not be available for viewing. Some documents originating from a lower court, including records and appendices, may not be available for viewing.

## Case Information: 2022-000339

| | | | |
|---|---|---|---|
| **Court:** | Court of Appeals | **Classification:** | Appeal - Common Pleas - Crim. Appeal from Summary Ct. |
| **Short Title:** | City of Columbia v. Marie Assa'ad-Faltas | **Case Status:** | Awaiting Transcript |
| | View Full Title | | |
| **Consolidated:** | | | |
| **Filed Date:** | 03/15/2022 | **Oral Argument Date:** | |
| **Disposition Date:** | | **Disposition Type:** | |
| **Remittitur Date:** | | | |
| **Lower Court or Tribunal:** | Richland (2019CP4001374) | | |

### - Party Information

| Appellate Role | Party Name | Former | Attorney(s) |
|---|---|---|---|
| Appellant | Marie Assa-ad Faltas | N | Self Represented |
| Respondent | City of Columbia | N | Marshall Schumpert James |

### Views

**Display:** Descending ⌄  [Go!]

### Event Information

| Filed Date | Event Information | Doc |
|---|---|---|
| 10/31/2022 | Motion - Appellant's Emergency Motion for Perpetuation Pending Appeal | 📄 |
| 10/31/2022 | Motion - Appellant's Emergency Motion for Leave to File, Receive and Serve, by e-mail Under the Updated Rules, SCACR, and Other Relevant Court Orders | 📄 |
| 10/24/2022 | Correspondence - Incoming (Appellant's Provisional Designation of Matter) | |
| 10/24/2022 | Correspondence - Incoming (Appellant's Amended Provisional Initial Brief) | |
| 10/21/2022 | Motion - for Provisional Initial Brief to be Accepted as Timely and to be Allowed to be Amended Later and to Defer the | 📄 |

2022-000339: Case View

| Date | Description |
|---|---|
| | Designation of Matter Until All Transcripts are Received |
| 10/13/2022 | Motion - Extension of Time (1st) (Transcript) |
| 10/12/2022 | Correspondence - Outgoing (Brief Overdue) |
| 08/12/2022 | Transcript Documents - Transcript Ordered |
| 07/20/2022 | Correspondence - Outgoing (Letter Setting Time to Order Transcript) |
| 07/19/2022 | Deficiency - Correction (Copy of counsel's March 15 email to respondent's counsel) |
| 07/18/2022 | Correspondence - Incoming (Proof of Service from Appellant) |
| 07/15/2022 | Deficiency - Deficiency Letter Sent (Service of Notice) |
| 07/15/2022 | Correspondence - Outgoing (Letter to Daniel Addison Concerning Service of Notice) |
| 07/11/2022 | Deficiency - Correction (Proof of Service) |
| 07/07/2022 | Correspondence - Outgoing (Deficiency Letter, and Letter Declining to Act on Motion to Appoint Counsel) |
| 06/13/2022 | Deficiency - Deficiency Letter Sent |
| 06/10/2022 | Motion - Appoint Counsel (Motion to Require SC's Commission on Indigent Defense to Undertake Appellant's Representation or to Allow Appellant to Prosecute this Appeal Pro Se) |
| 06/01/2022 | Correspondence - Outgoing (Letter to Appellant Concerning Representation) |
| 05/31/2022 | Correspondence - Incoming (E-Mail Response from Timothy Griffith) |
| 05/26/2022 | Correspondence - Outgoing (Letter to Counsel Concerning Representation) |
| 05/25/2022 | Correspondence - Incoming (Notice of Appearance) |
| 05/12/2022 | Correspondence - Outgoing (Response to Correspondence from Dr. Faltas) |
| 05/11/2022 | Correspondence - Incoming (Appellant's Timely Motion for en banc Partial Rehearing of SC COA Chief Judge Williams 25 April 2022 Order to the extent it requires Dr. Assa'ad-Faltas to find counsel on her own as such Order effectively ends this appeal) |
| 04/25/2022 | Non-Dispositional Decision - Order Granting Motion to Relieve Counsel |
| 04/07/2022 | Correspondence - Outgoing (Letter Regarding Timelines) |
| 04/05/2022 | Correspondence - Incoming (Copy of Trial Court Order Relieving Counsel) |
| 04/04/2022 | Correspondence - Incoming (Letter from Dan Addison Requesting Additional Time to Cure Deficiencies) |
| 04/01/2022 | Motion - Relieve / Withdraw / Substitute as Counsel |
| 03/25/2022 | Correspondence - Outgoing (Notice of Appeal Initial Letter) |
| 03/25/2022 | Deficiency - Deficiency Letter Sent |
| 03/23/2022 | Transfer - To Court of Appeals |
| 03/23/2022 | Non-Dispositional Decision - Transfer order |
| 03/15/2022 | Notice of Appeal (Civil) - Initial |