IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh, | Civil Action No. 3:22-cv-608-CMC |
| Plaintiff, | |
| vs. | **ORDER** |
| Washava Moye, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government, | |
| Defendant. | |

This matter is before the court on Plaintiff Richard Alexander Murdaugh's ("Murdaugh") motion to dismiss for lack of jurisdiction. ECF No. 88. Murdaugh moves to dismiss because he is no longer a detainee at Alvin S. Glenn Detention Center, thus his claim for injunctive relief regarding release of recordings of his telephone calls is moot. He contends this court lacks subject matter jurisdiction over moot claims, and his case should be dismissed without prejudice. Defendant filed a response, noting she has no objection to dismissal of Murdaugh's Complaint, but specifically reserving all rights including affirmative defenses available at the time of dismissal in the event Murdaugh seeks to re-file this action. ECF No. 90.

Murdaugh has been convicted of two counts of murder and sentenced to two consecutive life sentences in the South Carolina Department of Corrections. Therefore, he will no longer be housed at Alvin S. Glenn Detention Center, and his claim for injunctive relief regarding the recording and release of his phone calls without his permission is moot. Accordingly, Murdaugh's motion to dismiss is granted, and this case is dismissed without prejudice.[1]

---

[1] All pending motions (ECF Nos. 68, 69, 75, 76, and 89) are denied as moot.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 15, 2023

2