AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Richard Alexander Murdaugh,<br>*Plaintiff*<br>v.<br>Washava Moye, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government,<br>*Defendant* | )<br>)<br>)  Civil Action No.  3:22-cv-00608-CMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Richard Alexander Murdaugh, take nothing of the defendant, Washava Moye, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having heard and granted the plaintiff's motion to dismiss.

Date:   March 15, 2023                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/Charles L. Bruorton
                                                                                      *Signature of Clerk or Deputy Clerk*