BEFORE THE U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH§ CAROLINA
True Division for Trial: Columbia                       No. 8:22-cv-608-CMC

Richard Alexander Murdaugh, Plaintiff v. Washava Moye, officially, Defendant
**Marie Assa'ad-Faltas, MD, MPH, *pro se* Proposed Substitute Plaintiff.**

**Dr. Assa'ad-Faltas' *TIMELY* MOTION to Reconsider AND/OR VACATE Ruling on Consent.**

كُنْتُ غَرِيباً فَلَمْ تَأْوُونِي. عُرْيَاناً فَلَمْ تَكْسُونِي. مَرِيضاً وَمَحْبُوساً فَلَمْ تَزُورُونِي متى ٢٥٤٣

'I was a stranger and you did not take Me in, I was naked and you did not clothe Me, I was sick and in prison and you did not visit Me.' Matthew 25:43

Pontius Pilate's hand-washing against a positive duty to protect the vulnerable; omission and commission being equal in sin, *Matthew* 25:43, *supra;* Alvin S. Glenn Detention Center ("ASGDC") severely restricting visitation of the incarcerated, neglecting their medical needs up to death, *and* figuratively denuding them *to the public* when they are phone-visited, even by family; and Dr. Assa'ad-Faltas' panic at knowing she can be returned to ASGDC at anyone's whim, all constrain Dr. Assa'ad-Faltas to *trustingly* ask Article III Judge Currie, if choosing a Pontius Pilate solution, to **wash her hands *completely* clean** and vacate her own ruling allowing ASGDC to record and release *to all requestors* detainees' calls under a consent theory. *Vide Chapman* v. *Doe*, 22-312_5h25, 598 U.S. _ (2023), Justice Jackson discussing *Munsingwear* vacatur.

The current state of this case leaves Dr. Assa'ad-Faltas in the worst of both worlds: unable to test that ruling on consent through an appeal *as of right* yet being in real risk of it applying to her. **Nor should Article III Judge Currie ignore *the real-world* consequences of her ruling**: recently, at least one of Original Plaintiff Murdaugh's attorney-client-privileged calls from the Colleton County jail to Jim Griffin, Esq., *during the "trial of the century,"* was released to the world and blithely dismissed as error.

Also, Dr. Assa'ad-Faltas certifies to the Court that she was *never* given an ASGDC inmate manual or allowed to use the kiosk during her near-fatal 26 June to 4 July 2022 incarceration at ASGDC and cites Justice Brenner's dissent in *Weinberger* v. *Salfi*, **422 U.S. 749, 800-801, fn 15 (1975)**:

> [I]n some cases similar to this one, administrative exhaustion is functionally impossible. For example, in *Weinberger v. Wiesenfeld*, 420 U. S. 636 (1975), the applicant was ineligible for benefits because he was a man, a fact obviously apparent as soon as he appeared at the Social Security office. Not surprisingly, he was refused an opportunity even to file an application for benefits. *Id.*, at 640 n. 6. This case is slightly different, since Mrs. Salfi was precluded not by the obvious fact of her sex, but by a fact which presumably did not appear until she filled out the application— that she had not been married long enough. Yet, the Court suggests that we had jurisdiction in *Wiesenfeld* only because of a stipulation that exhaustion would have been futile. *Ante*, at 767 n. 10. Does this intimate that the Secretary could have refused to waive exhaustion and thereby have eliminated § 405 (g) jurisdiction, even though Wiesenfeld could not possibly have complied with the statute without wrestling an application from the clerk and somehow forcing him to file it?

**WHEREFORE,** this case should be reopened with Dr. Assa'ad-Faltas as the new plaintiff and the consent ruling reconsidered **AND/OR** the ruling allowing ASGDC to release calls should be **vacated**.

Exhibits hereto show that Dr. Assa'ad-Faltas has no real recourse in state courts, who erroneously and repeatedly send to ASGDC *ab initio*, or to other jurists of this District who do not admit their bias.

Respectfully submitted on 4 April 2023 **and served the same day** by e-mail to Messers. Harpootlian, Griffin, and Barber; to Mr. Lindemann; to Mr. Chaney and Ms. McPhail; and to concerned others, all God so willing.

[S/] Marie Assa'ad-Faltas, MD, MPH, Proposed Replacement Plaintiff/Movant *pro se*
P.O. Box 9115, Columbia, SC 29290     Phone: (803) 783-4536    Cell: (330) 232 – 4164
e-mail: Marie_Faltas@hotmail.com and MarieAssaadFaltas@GMail.com