IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh,<br><br>     Plaintiff,<br> vs.<br><br>Marie Assa'ad-Faltas,<br><br>     Movant,<br> vs.<br><br>Washava Moye, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government,<br><br>     Defendant. | Civil Action No. 3:22-cv-608-CMC<br><br>**ORDER** |

  This matter is before the court on motion of Dr. Marie Assa'ad-Faltas, who seeks to have this court reconsider its Orders dismissing this case and denying a preliminary injunction. ECF No. 94. She argues the "current state of this case," which has been dismissed on motion of the Plaintiff Richard Alexander Murdaugh ("Murdaugh"), leaves her "in the worst of both worlds: unable to test that ruling on consent through an appeal as of right yet being in real risk of it applying to her." *Id.* at 1. In short, she alleges tapes of calls she made from Alvin S. Glenn Detention Center ("ASGDC") could be released to the media upon request; however, she does not submit that any of her calls have been released. Dr. Faltas requests the case be reopened with her as the new plaintiff, the consent ruling be reconsidered, and the ruling allowing ASGDC to release calls vacated. *Id.*

  The court has previously denied Dr. Faltas' numerous motions to intervene or be substituted as a plaintiff in this action. ECF Nos. 24, 28, 34, 38, 62, 63, 65, 66, 69, 91 (motions

and orders). Now, this action is closed after Murdaugh's Complaint was dismissed on his motion as he is no longer housed at ASGDC and therefore, the action is moot.

Finally, Dr. Faltas may not bring an action in this court by asking the court to reopen and reconsider orders in a closed case in which she is not a party. Her motion is, therefore, denied.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
Senior United States District Judge

Columbia, South Carolina  
April 6, 2023

2