**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1503

MARIE ASSA'AD-FALTAS, MD, MPH,

        Movant - Appellant,

and

RICHARD ALEXANDER MURDAUGH,

        Plaintiff,

    v.

WASHAVA MOYE, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:22-cv-00608-CMC)

Submitted:  January 30, 2024                                Decided:  February 2, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.  Andrew Lindemann, LINDEMANN LAW FIRM, P.A., Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Assa'ad-Faltas, MD, MPH, appeals the district court's order denying Assa'ad-Faltas' motion seeking reconsideration of the court's order granting Richard Alexander Murdaugh's motion to voluntarily dismiss his action for injunctive relief. We have reviewed the record and discern no error by the district court. We thus affirm the district court's order. *Murdaugh v. Moye*, No. 3:22-cv-00608-CMC (D.S.C. Apr. 6, 2023). We deny all pending motions, including but not limited to Assa'ad-Faltas' motions to appoint counsel, for an initial hearing en banc, for injunctive relief pending appeal, to remand to the district court, and for an immediate remote hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*